NOVEMBER 7, 1955.

No. 232. MAYOR AND CITY COUNCIL OF BALTIMORE CITY ET AL. *v.* DAWSON ET AL. Appeal from the United States Court of Appeals for the Fourth Circuit. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *C. Ferdinand Sybert,* Attorney General of Maryland, *Norman P. Ramsey,* Deputy Attorney General, and *Ambrose T. Hartman,* Assistant Attorney General, for appellants. *Robert L. Carter, Thurgood Marshall* and *Jack Greenberg* for appellees.

No. 348. RINES, ADMINISTRATOR, *v.* JUSTICES OF THE SUPERIOR COURT OF MASSACHUSETTS ET AL. Appeal from the Supreme Judicial Court of Massachusetts. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *David Rines* and *Robert H. Rines* for appellant.

No. 364. PENDER *v.* CLARK COUNTY. Appeal from the Supreme Court of Nevada. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Charles S. Rhyne* and *Eugene F. Mullin, Jr.* for appellant. *Edmund D. Campbell* for appellee.